Jeffrey S. Behar, Esq., Bar No. 81565
Tina I. Mangarpan, Esq., Bar No. 117898
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California  90831-2700
(562) 983-2500; (562) 983-2555 Fax

Attorneys for Defendant,
**GENUINE PARTS COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No. CV 09-03003-LKK-GGH |
| Plaintiff, | |
| vs. | **ORDER** |
| GENUINE PARTS COMPANY, INDIVIDUALLY AND D/B/A/ NAPA SACRAMENTO DISTRIBUTION CENTER, | |
| Defendants. | |

## ORDER

IT IS ORDERED that the Complaint of plaintiff Scott Johnson, is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), with each party bearing its own costs and attorneys fees.

DATED:  March 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1